# In the United States Court of Federal Claims

No. 20-356C
(Filed May 26, 2020)

```
* * * * * * * * * * * * * * * * *
                                  *
                                  *
ACTA, LLC,                        *
                                  *
         Plaintiff,               *
                                  *
    v.                            *
                                  *
THE UNITED STATES,                *
                                  *
         Defendant,               *
                                  *
    and                           *
                                  *
UNCOMN, LLC,                      *
                                  *
         Defendant-Intervenor.    *
                                  *
                                  *
* * * * * * * * * * * * * * * * *
```

## ORDER

The preliminary injunction, previously secured by plaintiff in this bid protest, *see* Order (April 24, 2020), ECF No. 37, has resulted in a new evaluation and award decision, *see* Notice, ECF No. 50; Joint Status Report at 2, ECF No. 52. Plaintiff has moved for a voluntary dismissal, to which defendant will consent but not defendant-intervenor. Under these circumstances, however, the new award has made the matter brought here moot, and the awardee has no claim in this matter to preserve. *See Tech. Innovation, Inc. v. United States*, 93 Fed. Cl. 276, 279 (2010). Accordingly, plaintiff's motion for a voluntary dismissal is **GRANTED** under Rule 41(a)(2) of the Rules of the United States Court of Federal Claims. The Clerk shall close the case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge